**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**HUNTER POTTS**                                                          **PLAINTIFF**
**#280480**

**V.**                                    **NO. 4:26-cv-00203-JM**

**ALANA FOWLKES and**
**DOE**                                                                  **DEFENDANTS**

## <u>JUDGMENT</u>

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED,

and ADJUDGED that this case is hereby DISMISSED, WITHOUT PREJUDICE.

IT IS SO ORDERED, this 12th day of May, 2026.

_____
UNITED STATES DISTRICT JUDGE